```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

KOBALT MUSIC PUBLISHING AMERICA,
INC., ET AL.,

24-cv-5457 (JGK)

        Plaintiffs,

ORDER

- against -

MIAMI HEAT LIMITED PARTNERSHIP, ET AL.,

        Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 31, 2024.

SO ORDERED.

Dated:    New York, New York
            October 17, 2024

                                           John G. Koeltl
                                   United States District Judge