UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KOBALT MUSIC PUBLISHING AMERICA, et al,
                Plaintiff(s)

       -against-                               24 civ 5457 (JGK)

MIAMI HEAT LIMITED PARTNERSHIP, et al,
                Defendant(s).
------------------------------------------------------------X

## ORDER

A scheduling order having been entered on October 30, 2024,

The Conference scheduled for November 26, 2024, at 3:30pm, is canceled.

**SO ORDERED.**

                                                **JOHN G. KOELTL**
                                     **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         November 18, 2024