USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/3/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| **In Re Kobalt Music Publishing America, Inc. Coordinated Copyright Cases** |

*This filing relates to*:

24-cv-05454 (ER) (BCM)
24-cv-05455 (JAV) (BCM)
24-cv-05456 (AKH)(BCM)
24-cv-05457 (JGK) (BCM)
24-cv-05458 (VM) (BCM)
24-cv-05459 (JAV) (BCM)
24-cv-05460 (LJL) (BCM)
24-cv-05462 (GHW)(BCM)
24-cv-05463 (JLR) (BCM)
24-cv-05465 (GHW)(BCM)
24-cv-05466 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of non-party TuneSat LLC's letter-motion to seal, dated March 27, 2025, accompanied by (i) a redacted version of TuneSat's Opposition to Defendants' Motion to Compel, dated March 26, 2025 (TuneSat's Opposition), filed on the public docket; (ii) a redacted version of the Declaration of Christopher Woods, dated March 26, 2025, in support of TuneSat's Opposition (Woods Declaration), filed on the public docket; (iii) TuneSat's Opposition, with proposed redactions highlighted, filed under seal; (iv) the Woods Declaration with proposed redactions highlighted, filed under seal; and (v) Exhibit 1 to the Woods Declaration, filed under seal. No party has filed an opposition to TuneSat's letter-motion.

TuneSat's letter-motion to seal is GRANTED to the extent that the unredacted version of TuneSat's Opposition, the unredacted Woods Declaration, and Exhibit 1 to the Woods Declaration, may remain under seal. The Court approves the redactions in TuneSat's Opposition and the Woods Declaration, filed on the public docket.

The Clerk of Court is respectfully directed to close the following:

1. Dkt. 76 in 24-cv-05454 (ER) (BCM)

2. Dkt. 63 in 24-cv-05455 (JAV) (BCM)

3. Dkt. 61 in 24-cv-05456 (AKH) (BCM)

4. Dkt. 64 in 24-cv-05457 (JGK) (BCM)

5. Dkt. 71 in 24-cv-05458 (VM) (BCM)

6. Dkt. 62 in 24-cv-05459 (JAV) (BCM)

7. Dkt. 61 in 24-cv-05460 (LJL) (BCM)

8. Dkt. 66 in 24-cv-05462 (GHW) (BCM)

9. Dkt. 73 in 24-cv-05463 (JLR) (BCM)

10. Dkt. 70 in 24-cv-05465 (GHW) (BCM)

11. Dkt. 74 in 24-cv-05466 (JHR) (BCM)

Dated: New York, New York      **SO ORDERED**.
       April 3, 2025

_____

**BARBARA MOSES**
**United States Magistrate Judge**

2